FILED
ASHEVILLE, N.C.

JAN 22 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Bryan Steven Squirrel

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:17-cr-00155

Emily M. Jones
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 2
☐ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s)
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.1(a)(1)(ii) | Possess ginseng plants and ginseng roots | 09/30/17 | 2 |

☐ Counts(s) (is)(are) dismissed on the motion of the United States.
☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for Time Served. The Court finds that the defendant has been in custody since November 01, 2017. Defendant is to be released today, January 22, 2018.

All monies STRICKEN.

Date of Imposition of Sentence: 1/22/2018

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal