THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:17-cr-00155-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ) BRYAN STEVEN SQUIRREL, ) ) Defendant. ) ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count One [Doc. 20].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 20] is **GRANTED**, and Count One of the Bill of Indictment is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 24, 2018

Martin Reidinger
United States District Judge